## PARK NAT. BANK of SULPHUR v. DOUGLASS, Co. Treas.

Nos. 12559 and 12560, Consolidated. Opinion Filed March 24, 1925.

Error from District Court, Murray County; T. P. Clay, Assigned Judge.

Action between Park National Bank of Sulphur, Okla., and W. M. Douglass, County Treasurer of Murray County, Okla. From the judgment, the former appeals. Reversed and remanded.

Young, McKenzie & Haste, for plaintiff in error.

W. E. Fagan, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial on account of the failure of defendant in error to comply with Rule 7 of this court.

By the Court: It is so ordered.